APRIL 21, 1802.

# Henry Hall v. Thomas Kennedy.

*Upon a motion to quash an appeal from a judgment of the Court of
Quarter Sessions of Shelby county.*

Upon the dismissal of an appeal for want of prosecution damages will be
awarded.

It appearing by a certificate from the clerk of the court of quarter sessions of Shelby county, that Thomas Kennedy, at the April term of said court, in the year one thousand eight hundred and one, obtained judgment in a certain action of covenant against Henry Hall for £140 10 damages, and 9 dolls. 65 cts. costs; from which judgment the said Henry Hall prayed and obtained an appeal to the then next court of appeals; but having failed to lodge in the office of this court an authenticated transcript of the record in the said suit, agreeably to law : therefore, on the motion of the said Thomas Kennedy, by John Allen, Esq., his attorney, it is ordered that the said Hall be non-suited; and that the said Kennedy be permitted to have the benefit of his said judgment and recover of the said Hall ten per centum damages on the amount thereof, together with his costs in this behalf expended.